816

No. 101. AMERICAN TRUCKING ASSOCIATIONS, INC., ET AL. *v.* UNITED STATES ET AL.; and

No. 110. RAILWAY LABOR EXECUTIVES' ASSOCIATION ET AL. *v.* UNITED STATES ET AL. Appeals from the United States District Court for the District of Columbia. Probable jurisdiction noted. Counsel in No. 110 are invited to discuss the issue of standing to sue. *Peter T. Beardsley* for the American Trucking Associations, Inc., *Roland Rice* and *Albert B. Rosenbaum* for the Regular Common Carrier Conference of A. T. A., and *Stephen Robinson* and *Rex H. Fowler* for the Iowa-Nebraska Transportation Co. et al., appellants in No. 101. *Clarence Mulholland* and *Edward J. Hickey, Jr.* for appellants in No. 110. *Robert W. Ginnane* for the Interstate Commerce Commission, and *Arthur L. Winn, Jr.* and *Alden B. Howland* for the Rock Island Motor Transit Co., appellees. Reported below: 144 F. Supp. 365.

No. 82. BAKER, WEEKS & CO. ET AL. *v.* BRESWICK & Co. ET AL.; and

No. 114. INTERSTATE COMMERCE COMMISSION *v.* BRESWICK & Co. ET AL. Appeals from the United States District Court for the Southern District of New York. Probable jurisdiction noted. *Eward M. Garlock* for appellants in No. 82. *Robert W. Ginnane* and *Leo H. Pou* for appellant in No. 114. Reported below: 138 F. Supp. 123.

No. 289. UNITED STATES *v.* TURLEY. Appeal from the United States District Court for the District of Maryland. Probable jurisdiction noted. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.